AGNES THOMAS, Respondent, *v.* MATTHIAS J. HENS et al., as Executors of IRENE A. ROONEY, Deceased, et al., Appellants.

(Argued February 19, 1929; decided March 19, 1929.)

*Harold S. Brown* and *Joseph A. Wechter* for Mary E. Dillon et al., appellants.

*John V. Maloney* and *Robert J. Summers* for Mary Codd et al., appellants.

*James C. Sweeney* and *Henry W. Killeen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, LEHMAN and O'BRIEN, JJ. Dissenting: CARDOZO, Ch. J., and KELLOGG, J. Not sitting: HUBBS, J.